**Electronically Filed
Supreme Court
SCWC-12-0000998
25-SEP-2014
01:34 PM**

SCWC-12-0000998

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

HARRY J. COLES, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000998; SPP. NO. 12-1-0025; CR. NO. 07-1-0774)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Harry J. Coles'
application for writ of certiorari filed on August 12, 2014, is
hereby rejected.

DATED: Honolulu, Hawai'i, September 25, 2014.

Harry J. Coles                    /s/ Mark E. Recktenwald
petitioner pro se
                                  /s/ Paula A. Nakayama

                                  /s/ Sabrina S. McKenna

                                  /s/ Richard W. Pollack

                                  /s/ Michael D. Wilson

